Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
         Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BUBBA,CORP | § | Case No.  14-09221 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 14, 2014.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $            14,000.00

|  |  |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an | |
|   interim distribution | 0.00 |
| Administrative expenses | 3,500.00 |
| Bank service fees | 284.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 10,215.12 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 07/25/2014 and the deadline for filing governmental claims was 09/10/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,150.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,150.00, for a total compensation of $2,150.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $184.85, for total expenses of $184.85.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/20/2016                By:/s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-09221 | | | Trustee: | (330129) | Ira Bodenstein |
| Case Name: | BUBBA,CORP | | | Filed (f) or Converted (c): | 03/14/14 (f) | |
| | | | | §341(a) Meeting Date: | 04/22/14 | |
| Period Ending: 01/20/16 | | | | Claims Bar Date: | 07/25/14 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Ice maker<br>  Orig. Description: Ice maker; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2 X Micros POS Terminal (electronic cash registe<br>  Orig. Description: 2 X Micros POS Terminal (electronic cash register); Imported from original petition Doc# 8 | 6,000.00 | 0.00 | | 200.00 | FA |
| 3 | 10 X Red Mango Dining Room chairs<br>  Orig. Description: 10 X Red Mango Dining Room chairs; Imported from original petition Doc# 8 | 1,100.00 | 0.00 | | 90.00 | FA |
| 4 | 5 X Red Mango Dining Height table<br>  Orig. Description: 5 X Red Mango Dining Height table; Imported from original petition Doc# 8 | 900.00 | 0.00 | | 150.00 | FA |
| 5 | 8 X Tall scoop Barstool Natural Finish<br>  Orig. Description: 8 X Tall scoop Barstool Natural Finish; Imported from original petition Doc# 8 | 900.00 | 0.00 | | 200.00 | FA |
| 6 | 2 X Display Stand<br>  Orig. Description: 2 X Display Stand; Imported from original petition Doc# 8 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 2 X commercial Blentec Blender<br>  Orig. Description: 2 X commercial Blentec Blender; Imported from original petition Doc# 8 | 4,000.00 | 0.00 | | 700.00 | FA |
| 8 | 2 X True 3-door refridrator<br>  Orig. Description: 2 X True 3-door refridrator; Imported from original petition Doc# 8 | 4,000.00 | 0.00 | | 1,700.00 | FA |
| 9 | Industrial Sink<br>  Orig. Description: Industrial Sink; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Food Prep Table<br>  Orig. Description: Food Prep Table; Imported from original petition Doc# 8 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Samsung TV LCD 46 " wall hung<br>  Orig. Description: Samsung TV LCD 46 " wall hung; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 200.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-09221 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** BUBBA,CORP | **Filed (f) or Converted (c):** 03/14/14 (f) |
| | **§341(a) Meeting Date:** 04/22/14 |
| **Period Ending:** 01/20/16 | **Claims Bar Date:** 07/25/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | ADT Security Camera<br>Orig. Description: ADT Security Camera; Imported from original petition Doc# 8 | 800.00 | 0.00 | | 100.00 | FA |
| 13 | Red Mango smallware<br>Orig. Description: Red Mango smallware; Imported from original petition Doc# 8 | 1,200.00 | 0.00 | | 0.00 | FA |
| 14 | 3 X Taylor Soft Serve Machines<br>Orig. Description: 3 X Taylor Soft Serve Machines; Imported from original petition Doc# 8 | 18,000.00 | 0.00 | | 9,000.00 | FA |
| 15 | 3 X Floor Shelf<br>Orig. Description: 3 X Floor Shelf; Imported from original petition Doc# 8 | 100.00 | 0.00 | | 350.00 | FA |
| 16 | 2 X Work Tables<br>Orig. Description: 2 X Work Tables; Imported from original petition Doc# 8 | 50.00 | 0.00 | | 310.00 | FA |
| 17 | Onkyo Receiver + 6 Speakers<br>Orig. Description: Onkyo Receiver + 6 Speakers; Imported from original petition Doc# 8 | 600.00 | 0.00 | | 0.00 | FA |
| 18 | Samsung 36 inch TV  (u) | 0.00 | 150.00 | | 0.00 | FA |
| 19 | Two door refrigerator TSSU-48-12  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| **19** | **Assets**   Totals (Excluding unknown values) | **$43,250.00** | **$1,150.00** | | **$14,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2015 Prepare and file tax return

Review claims and file any needed objections

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2015 | **Current Projected Date Of Final Report (TFR):** | December 31, 2015 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-09221 | |
| **Case Name:** | BUBBA,CORP | |
| **Taxpayer ID #:** | **-***7607 | |
| **Period Ending:** | 01/20/16 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7366 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/14 | | Forever Yogurt FC | Sale of Equipment per order entered 6/18/14 Dkt 26 | | 14,000.00 | | 14,000.00 |
| | {2} | | 200.00 | 1129-000 | | | 14,000.00 |
| | {3} | | 90.00 | 1129-000 | | | 14,000.00 |
| | {4} | | 150.00 | 1129-000 | | | 14,000.00 |
| | {5} | | 200.00 | 1129-000 | | | 14,000.00 |
| | {7} | | 700.00 | 1129-000 | | | 14,000.00 |
| | {8} | | 1,700.00 | 1129-000 | | | 14,000.00 |
| | {11} | | 200.00 | 1129-000 | | | 14,000.00 |
| | {12} | | 100.00 | 1129-000 | | | 14,000.00 |
| | {14} | | 9,000.00 | 1129-000 | | | 14,000.00 |
| | {16} | | 310.00 | 1129-000 | | | 14,000.00 |
| | {15} | | 350.00 | 1129-000 | | | 14,000.00 |
| | {19} | | 1,000.00 | 1229-000 | | | 14,000.00 |
| 06/27/14 | 101 | Raphael Bershadsky | Moving and storgage approved by Oder entered 6/18/2014 Dkt # 26 | 2500-000 | | 2,000.00 | 12,000.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| 07/07/14 | 102 | R.M.C. Industrial Services | Payment of fee to sale and liquidating agent per ct order entered 7/2/14 Dkt # 28 | 3731-000 | | 1,500.00 | 10,490.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.93 | 10,472.07 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.55 | 10,457.52 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.04 | 10,441.48 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.51 | 10,425.97 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 10,412.48 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.97 | 10,395.51 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.95 | 10,380.56 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.93 | 10,366.63 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 10,350.73 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.88 | 10,335.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 10,321.49 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.83 | 10,305.66 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.31 | 10,290.35 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.30 | 10,276.05 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.76 | 10,260.29 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.75 | 10,245.54 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 10,231.30 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.18 | 10,215.12 |

Subtotals :          $14,000.00     $3,784.88

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-09221 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | BUBBA,CORP | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7366 - Checking Account |
| Taxpayer ID #: | **-***7607 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/20/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 14,000.00 | 3,784.88 | $10,215.12 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,000.00 | 3,784.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.00** | **$3,784.88** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7366** | 14,000.00 | 3,784.88 | 10,215.12 |
| | $14,000.00 | $3,784.88 | $10,215.12 |

{} Asset reference(s)

Printed: 01/20/2016 10:47 AM    V.13.25

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-09221  
**Debtor Name:** BUBBA,CORP

Page: 1

**Date:** January 20, 2016  
**Time:** 10:47:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,150.00 | $0.00 | 2,150.00 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $184.85 | $0.00 | 184.85 |
| 200 | Popowcer Katten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Admin Ch. 7 | | $1,025.00 | $0.00 | 1,025.00 |
| 1P<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | XX-XXX7607 | $4,645.76 | $0.00 | 4,645.76 |
| 4<br>100 | T & C Leasing, Inc<br>DBA TEAM Funding Solutions,Kandance<br>Stewart Esq,1000 Ridgeway Loop Road Ste<br>Memphis, TN 38120 | Secured | XXXXX701-1<br>Claim withdrawn docket number 32 | $0.00 | $0.00 | 0.00 |
| 1U<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $1,014.69 | $0.00 | 1,014.69 |
| 2<br>610 | McCaffery/WRT Loyola Sub LLC<br>Holland & Knight Attn Richard A Bixter<br>131 S. Dearborn 30th Floor<br>Chicago, IL 60603 | Unsecured | XX XX XX2985 | $42,946.53 | $0.00 | 42,946.53 |
| 3<br>610 | Micros Systems Inc<br>7031 Columbia Gateway Drive<br>attn. Legal Dept<br>Columbia, MD 21046-2289 | Unsecured | | $342.05 | $0.00 | 342.05 |
| << Totals >> | | | | 52,308.88 | 0.00 | 52,308.88 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-09221
Case Name: BUBBA,CORP
Trustee Name: Ira Bodenstein

**Balance on hand:**                    $              10,215.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:          $              0.00
Remaining balance:          $              10,215.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Ira Bodenstein | 2,150.00 | 0.00 | 2,150.00 |
| Trustee, Expenses - Ira Bodenstein | 184.85 | 0.00 | 184.85 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,025.00 | 0.00 | 1,025.00 |

Total to be paid for chapter 7 administration expenses:          $              3,359.85
Remaining balance:          $              6,855.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:          $              0.00
Remaining balance:          $              6,855.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,645.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 1P | Illinois Department of Revenue | 4,645.76 | 0.00 | 4,645.76 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 4,645.76 |
| Remaining balance: | $ | 2,209.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,303.27 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 1,014.69 | 0.00 | 50.61 |
| 2 | McCaffery/WRT Loyola Sub LLC | 42,946.53 | 0.00 | 2,141.84 |
| 3 | Micros Systems Inc | 342.05 | 0.00 | 17.06 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,209.51 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**