UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BUBBA CORP., | ) | Case No. 14-09221 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: February 17, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:     Popowcer Katten, Ltd.

Authorized to Provide
Professional Services to:      Ira Bodenstein, Trustee

Date of Order Authorizing Employment: July 2, 2014

Period for Which
Compensation is Sought: March 12, 2015 – August 6, 2015

Amount of Fees Sought: $     1,025.00

Amount of Expense
Reimbursement Sought: $     0.00

This is an: Interim Application___ Final Application XX

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:

$     0.00

Dated: January 21, 2016                              Popowcer Katten, Ltd.

                                                     By: /s/ Ira Bodenstein

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{10846-001 CVR A0427371.DOC}

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re<br><br>BUBBA CORP,<br><br><br>Debtors. | Chapter 7<br><br>Case No. 14-09221<br>Hon. Timothy A. Barnes<br><br><br>Hearing Date:  February 17, 2016<br>Hearing Time:  10:30 a.m. |

## NOTICE OF APPLICATIONS FOR COMPENSATION

PLEASE TAKE NOTICE that on **February 17, 2016 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Timothy A. Barnes**, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation and Application of Popowcer Katten, Accountants for the Trustee**, copies of which are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL 60604

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Ira Bodenstein (#3126857)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60654
> (312) 666-2861
>
> /s/ Ira Bodenstein

{10846-001 MOT A0427446.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| BUBBA CORP., | ) Case No. 14-09221 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |
| | ) |
| | ) Hearing Time: 10:30 a.m. |

## FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Bubba Corp. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

## BACKGROUND

1.  On March 14, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the United States Code (the "Bankruptcy Code") thereby commencing the above-captioned bankruptcy case. The Trustee was appointed as the chapter 7 trustee for the Debtor's estate (the "Estate").

2.  The Trustee administered assets of the Estate and he was required to file federal and state income tax returns for the Estate. Accordingly, on July 2, 2014, an order was entered authorizing the Trustee to retain Popowcer Katten, Ltd. To prepare the returns.

3. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. During the period of March 12, 2015 through August 5, 2015 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

(a) Prepared federal and state income tax returns for the Estate for the final year ended December 31, 2014; and

(b) Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

### REQUESTED FEES

5. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $1,025.00 for these services, no amount of which has been previously paid.

6. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 4.1 | $250 | $1,025.00 |
|  |  |  |  |
| **TOTALS** |  |  | **$1,025.00** |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the

{10846-001 APPL A0427372.DOC}                                2

particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

7. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

8. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

9. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

10. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $1,025.00 as final compensation for services rendered during the Application Period;

{10846-001 APPL A0427372.DOC}    3

 (b) waives other and further notice of this hearing with respect to this Application; and

 (c) grants PK such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

POPOWCER KATTEN, LTD.

By: /s/ Ira Bodenstein<br>
  Ira Bodenstein, Trustee

Dated: January 21, 2016

Ira Bodenstein (#3126857)<br>
Shaw Fishman Glantz & Towbin LLC<br>
321 N. Clark St., Suite 800<br>
Chicago, IL 60654<br>
Phone: (312) 541-0151

{10846-001 APPL A0427372.DOC}  4