| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL  60654 | Hearing Date: | 02/17/2016 |
| (312) 666-2861 | Hearing Time: | 10:30 am |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:    BUBBA,CORP              §    Case No. 14-09221
                                  §
                                  §
Debtor(s)                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 02/17/2016 in Courtroom 744, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 01/21/2016        By:    Ira Bodenstein
                                      Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter   7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | TIMOTHY A. BARNES<br>_____<br>_____/ /<br>_____<br>_____/ / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BUBBA,CORP                                                      § Case No. 14-09221
                                                                        §
                                                                        §
Debtor(s)                                                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 14,000.00 |
| *and approved disbursements of* | $ | 3,784.88 |
| *leaving a balance on hand of* [1] | $ | 10,215.12 |
| **Balance on hand:** | $ | 10,215.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   10,215.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,150.00 | 0.00 | 2,150.00 |
| Trustee, Expenses - Ira Bodenstein | 184.85 | 0.00 | 184.85 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,025.00 | 0.00 | 1,025.00 |

Total to be paid for chapter 7 administration expenses:   $   3,359.85
Remaining balance:   $   6,855.27

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   6,855.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,645.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 4,645.76 | 0.00 | 4,645.76 |

Total to be paid for priority claims:   $   4,645.76
Remaining balance:   $   2,209.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,303.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 1,014.69 | 0.00 | 50.61 |
| 2 | McCaffery/WRT Loyola Sub LLC | 42,946.53 | 0.00 | 2,141.84 |
| 3 | Micros Systems Inc | 342.05 | 0.00 | 17.06 |

Total to be paid for timely general unsecured claims:   $   2,209.51
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 14-09221-TAB
Bubba Corp Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 1     Date Rcvd: Jan 21, 2016
    Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.
```
db         +Bubba Corp,    C/O TJF Corporation,    80 South LaGrange Road,    La Grange, IL 60525-2476
aty        +Shaw Fishman Glantz & Towbin LLC,    321 North Clark Street Suite 800,    Chicago, IL 60654-4766
21659080   +MCCAFFERY,   C/O Holland & Knight,    131 South Dearborn Suite 430,    Chicago, IL 60603-5517
22141712   +McCaffery/WRT Loyola Sub LLC,    Holland & Knight Attn Richard A Bixter,
             131 S. Dearborn 30th Floor,    Chicago, IL 60603-5517
22155831   +Micros Systems Inc,    Shawn M. Christianson, Esq. Buchalter Ne,    55 Second Street, 17th Floor,
             San Francisco, California 94105-3491
23533197   +Oracle America, Inc.,    c/o Shawn M. Christianson,    Buchalter Nemer PC,    55 2nd St., 17th Fl.,
             San Francisco, CA 94105-3491
21659081   +Performance Food Group Company,    C/O James S. Zmuda,    506 15th Street, Suite 600,
             Moline, IL 61265-2149
22039696   +Red Mango FC LLC,    2811 McKinney Avenue Ste 18,    Dallas, TX 75204-8562
21659082   +T & C Leasing, Inc.,    DBA TEAM Funding Solutions,    Kandance Stewart Esq,
             1000 Ridgeway Loop Road Ste 200,    Memphis, TN 38120-4036
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22039694       E-mail/Text: cio.bncmail@irs.gov Jan 22 2016 01:26:30      Dept of the Treasury,
             Internal Revenue Service,    Cincinnati, OH 45999
22110546       E-mail/Text: rev.bankruptcy@illinois.gov Jan 22 2016 01:27:12      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
22039695      +E-mail/Text: rev.bankruptcy@illinois.gov Jan 22 2016 01:27:12      Illinois Dept of Revenue,
             Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Lois West
aty             Popowcer Katten Ltd
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:
```
              David R Doyle    on behalf of Trustee Ira  Bodenstein ddoyle@shawfishman.com,
               kjanecki@shawfishman.com
              Ira  Bodenstein    on behalf of Creditor    T&C Leasing, Inc. d/b/a TEAM Funding Solution
               iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira  Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Trustee Ira  Bodenstein rfogel@shawfishman.com
              Thomas R Hitchcock    on behalf of Debtor 1    Bubba Corp tom@tomhitchcock.com,
               support@tomhitchcock.com
                                                                                              TOTAL: 7
```