# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BUBBA,CORP  § Case No. 14-09221
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,900.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,855.27    Claims Discharged
                                              Without Payment: $42,093.76

Total Expenses of Administration: $7,144.73

3) Total gross receipts of $ 14,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,119.73 | 7,144.73 | 7,144.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,300.00 | 4,645.76 | 4,645.76 | 4,645.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 44,303.27 | 44,303.27 | 2,209.51 |
| **TOTAL DISBURSEMENTS** | $21,300.00 | $55,068.76 | $56,093.76 | $14,000.00 |

4) This case was originally filed under Chapter 7 on March 14, 2014. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2016           By: /s/Ira Bodenstein
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 X Micros POS Terminal (electronic cash registe | 1129-000 | 200.00 |
| 10 X Red Mango Dining Room chairs | 1129-000 | 90.00 |
| 5 X Red Mango Dining Height table | 1129-000 | 150.00 |
| 8 X Tall scoop Barstool Natural Finish | 1129-000 | 200.00 |
| 2 X commercial Blentec Blender | 1129-000 | 700.00 |
| 2 X True 3-door refriderator | 1129-000 | 1,700.00 |
| Samsung TV LCD 46 " wall hung | 1129-000 | 200.00 |
| ADT Security Camera | 1129-000 | 100.00 |
| 3 X Taylor Soft Serve Machines | 1129-000 | 9,000.00 |
| 3 X Floor Shelf | 1129-000 | 350.00 |
| 2 X Work Tables | 1129-000 | 310.00 |
| Two door refrigerator TSSU-48-12 | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | T & C Leasing, Inc | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$19,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,150.00 | 2,150.00 | 2,150.00 |
| Ira Bodenstein | 2200-000 | N/A | 184.85 | 184.85 | 184.85 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 0.00 | 1,025.00 | 1,025.00 |
| Raphael Bershadsky | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| R.M.C. Industrial Services | 3731-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 17.93 | 17.93 | 17.93 |
| Rabobank, N.A. | 2600-000 | N/A | 14.55 | 14.55 | 14.55 |
| Rabobank, N.A. | 2600-000 | N/A | 16.04 | 16.04 | 16.04 |
| Rabobank, N.A. | 2600-000 | N/A | 15.51 | 15.51 | 15.51 |
| Rabobank, N.A. | 2600-000 | N/A | 13.49 | 13.49 | 13.49 |
| Rabobank, N.A. | 2600-000 | N/A | 16.97 | 16.97 | 16.97 |
| Rabobank, N.A. | 2600-000 | N/A | 14.95 | 14.95 | 14.95 |
| Rabobank, N.A. | 2600-000 | N/A | 13.93 | 13.93 | 13.93 |
| Rabobank, N.A. | 2600-000 | N/A | 15.90 | 15.90 | 15.90 |
| Rabobank, N.A. | 2600-000 | N/A | 14.88 | 14.88 | 14.88 |
| Rabobank, N.A. | 2600-000 | N/A | 14.36 | 14.36 | 14.36 |
| Rabobank, N.A. | 2600-000 | N/A | 15.83 | 15.83 | 15.83 |
| Rabobank, N.A. | 2600-000 | N/A | 15.31 | 15.31 | 15.31 |
| Rabobank, N.A. | 2600-000 | N/A | 14.30 | 14.30 | 14.30 |
| Rabobank, N.A. | 2600-000 | N/A | 15.76 | 15.76 | 15.76 |
| Rabobank, N.A. | 2600-000 | N/A | 14.75 | 14.75 | 14.75 |
| Rabobank, N.A. | 2600-000 | N/A | 14.24 | 14.24 | 14.24 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 16.18 | 16.18 | 16.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,119.73 | $7,144.73 | $7,144.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | 2,300.00 | 4,645.76 | 4,645.76 | 4,645.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,300.00 | $4,645.76 | $4,645.76 | $4,645.76 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 1,014.69 | 1,014.69 | 50.61 |
| 2 | Bayview Loan Servicing, LLC | 7100-000 | unknown | 42,946.53 | 42,946.53 | 2,141.84 |
| 3 | Micros Systems Inc | 7100-000 | N/A | 342.05 | 342.05 | 17.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $44,303.27 | $44,303.27 | $2,209.51 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09221  
**Case Name:** BUBBA,CORP

**Period Ending:** 09/17/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/14/14 (f)  
**§341(a) Meeting Date:** 04/22/14  
**Claims Bar Date:** 07/25/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Ice maker<br>Orig. Description: Ice maker; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2 X Micros POS Terminal (electronic cash registe<br>Orig. Description: 2 X Micros POS Terminal (electronic cash register); Imported from original petition Doc# 8 | 6,000.00 | 0.00 | | 200.00 | FA |
| 3 | 10 X Red Mango Dining Room chairs<br>Orig. Description: 10 X Red Mango Dining Room chairs; Imported from original petition Doc# 8 | 1,100.00 | 0.00 | | 90.00 | FA |
| 4 | 5 X Red Mango Dining Height table<br>Orig. Description: 5 X Red Mango Dining Height table; Imported from original petition Doc# 8 | 900.00 | 0.00 | | 150.00 | FA |
| 5 | 8 X Tall scoop Barstool Natural Finish<br>Orig. Description: 8 X Tall scoop Barstool Natural Finish; Imported from original petition Doc# 8 | 900.00 | 0.00 | | 200.00 | FA |
| 6 | 2 X Display Stand<br>Orig. Description: 2 X Display Stand; Imported from original petition Doc# 8 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 2 X commercial Blentec Blender<br>Orig. Description: 2 X commercial Blentec Blender; Imported from original petition Doc# 8 | 4,000.00 | 0.00 | | 700.00 | FA |
| 8 | 2 X True 3-door refriderator<br>Orig. Description: 2 X True 3-door refriderator; Imported from original petition Doc# 8 | 4,000.00 | 0.00 | | 1,700.00 | FA |
| 9 | Industrial Sink<br>Orig. Description: Industrial Sink; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Food Prep Table<br>Orig. Description: Food Prep Table; Imported from original petition Doc# 8 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Samsung TV LCD 46 " wall hung<br>Orig. Description: Samsung TV LCD 46 " wall hung; Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 200.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09221  
**Case Name:** BUBBA,CORP  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/14/14 (f)  
**§341(a) Meeting Date:** 04/22/14  

**Period Ending:** 09/17/16  
**Claims Bar Date:** 07/25/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12  ADT Security Camera<br>    Orig. Description: ADT Security Camera; Imported from original petition Doc# 8 | 800.00 | 0.00 | | 100.00 | FA |
| 13  Red Mango smallware<br>    Orig. Description: Red Mango smallware; Imported from original petition Doc# 8 | 1,200.00 | 0.00 | | 0.00 | FA |
| 14  3 X Taylor Soft Serve Machines<br>    Orig. Description: 3 X Taylor Soft Serve Machines; Imported from original petition Doc# 8 | 18,000.00 | 0.00 | | 9,000.00 | FA |
| 15  3 X Floor Shelf<br>    Orig. Description: 3 X Floor Shelf; Imported from original petition Doc# 8 | 100.00 | 0.00 | | 350.00 | FA |
| 16  2 X Work Tables<br>    Orig. Description: 2 X Work Tables; Imported from original petition Doc# 8 | 50.00 | 0.00 | | 310.00 | FA |
| 17  Onkyo Receiver + 6 Speakers<br>    Orig. Description: Onkyo Receiver + 6 Speakers; Imported from original petition Doc# 8 | 600.00 | 0.00 | | 0.00 | FA |
| 18  Samsung 36 inch TV  (u) | 0.00 | 150.00 | | 0.00 | FA |
| 19  Two door refrigerator TSSU-48-12 | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 19  Assets   **Totals** (Excluding unknown values) | **$43,250.00** | **$1,150.00** | | **$14,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  4/20/2015 Prepare and file tax return  
    Review claims and file any needed objections

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015       **Current Projected Date Of Final Report (TFR):**   January 21, 2016  (Actual)

Printed: 09/17/2016 01:55 PM    V.13.28

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-09221  
**Case Name:** BUBBA,CORP  

**Taxpayer ID #:** **-***7607  
**Period Ending:** 09/17/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/25/14 | | Forever Yogurt FC | Sale of Equipment per order entered 6/18/14 Dkt 26 | | 14,000.00 | | 14,000.00 |
| | {2} | | 1129-000         200.00 | 1129-000 | | | 14,000.00 |
| | {3} | | 1129-000          90.00 | 1129-000 | | | 14,000.00 |
| | {4} | | 1129-000         150.00 | 1129-000 | | | 14,000.00 |
| | {5} | | 1129-000         200.00 | 1129-000 | | | 14,000.00 |
| | {7} | | 1129-000         700.00 | 1129-000 | | | 14,000.00 |
| | {8} | | 1129-000       1,700.00 | 1129-000 | | | 14,000.00 |
| | {11} | | 1129-000         200.00 | 1129-000 | | | 14,000.00 |
| | {12} | | 1129-000         100.00 | 1129-000 | | | 14,000.00 |
| | {14} | | 1129-000       9,000.00 | 1129-000 | | | 14,000.00 |
| | {16} | | 1129-000         310.00 | 1129-000 | | | 14,000.00 |
| | {15} | | 1129-000         350.00 | 1129-000 | | | 14,000.00 |
| | {19} | | 1129-000       1,000.00 | 1129-000 | | | 14,000.00 |
| 06/27/14 | 101 | Raphael Bershadsky | Moving and storgage approved by Oder entered 6/18/2014 Dkt # 26 | 2500-000 | | 2,000.00 | 12,000.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| 07/07/14 | 102 | R.M.C. Industrial Services | Payment of fee to sale and liquidating agent per ct order entered 7/2/14 Dkt # 28 | 3731-000 | | 1,500.00 | 10,490.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.93 | 10,472.07 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.55 | 10,457.52 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.04 | 10,441.48 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.51 | 10,425.97 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 10,412.48 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.97 | 10,395.51 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.95 | 10,380.56 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.93 | 10,366.63 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 10,350.73 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.88 | 10,335.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 10,321.49 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.83 | 10,305.66 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.31 | 10,290.35 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.30 | 10,276.05 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.76 | 10,260.29 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.75 | 10,245.54 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 10,231.30 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.18 | 10,215.12 |

Subtotals :     $14,000.00     $3,784.88

{} Asset reference(s)

Printed: 09/17/2016 01:55 PM     V.13.28

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-09221  
**Case Name:** BUBBA,CORP  

**Taxpayer ID #:** **-***7607  
**Period Ending:** 09/17/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/18/16 | 103 | Ira Bodenstein | Dividend paid 100.00% on $184.85, Trustee Expenses; Reference: | 2200-000 | | 184.85 | 10,030.27 |
| 02/18/16 | 104 | Ira Bodenstein | Dividend paid 100.00% on $2,150.00, Trustee Compensation; Reference: | 2100-000 | | 2,150.00 | 7,880.27 |
| 02/18/16 | 105 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,025.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,025.00 | 6,855.27 |
| 02/18/16 | 106 | Illinois Department of Revenue | Dividend paid 100.00% on $4,645.76; Claim# 1P; Filed: $4,645.76; Reference: XX-XXX7607 | 5800-000 | | 4,645.76 | 2,209.51 |
| 02/18/16 | 107 | Illinois Department of Revenue | Dividend paid 4.98% on $1,014.69; Claim# 1U; Filed: $1,014.69; Reference: | 7100-000 | | 50.61 | 2,158.90 |
| 02/18/16 | 108 | McCaffery/WRT Loyola Sub LLC | Dividend paid 4.98% on $42,946.53; Claim# 2; Filed: $42,946.53; Reference: XX XX XX2985 Stopped on 08/04/16 | 7100-000 | | 2,141.84 | 17.06 |
| 02/18/16 | 109 | Micros Systems Inc | Dividend paid 4.98% on $342.05; Claim# 3; Filed: $342.05; Reference: | 7100-000 | | 17.06 | 0.00 |
| 08/04/16 | 108 | McCaffery/WRT Loyola Sub LLC | Dividend paid 4.98% on $42,946.53; Claim# 2; Filed: $42,946.53; Reference: XX XX XX2985 Stopped: check issued on 02/18/16 | 7100-000 | | -2,141.84 | 2,141.84 |
| 08/18/16 | 110 | Bayview Loan Servicing, LLC | Ref # XX XX XX2985 | 7100-000 | | 2,141.84 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 14,000.00 | 14,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 14,000.00 | 14,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $14,000.00 | $14,000.00 | |

| Net Receipts : | 14,000.00 |
|---|---|
| Net Estate : | $14,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7366 | 14,000.00 | 14,000.00 | 0.00 |
| | $14,000.00 | $14,000.00 | $0.00 |

{} Asset reference(s)